UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

OL USA, LLC,

Plaintiff,

-against-

NOVO EXPRESS, INC., d/b/a FREIGHT AIR & SEA TRANSPORT,

Defendant.

------------------------------------x

**MEMORANDUM & ORDER**
25-CV-6029(EK)(RML)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated August 27, 2026. ECF No. 10. Judge Levy recommends that the Court grant plaintiff's motion for default judgment. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Levy's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the Court enters default judgment against the defendant in the amount of $90,768.50, plus prejudgment and post-judgment interest. The Court awards no costs. *See* R&R 8. The Clerk of Court is

respectfully directed to enter judgment and close this case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 29, 2026
Brooklyn, New York